## UNITED STATES of America, Plaintiff-Appellee,

v.

## David L. BULLOCK, Defendant-Appellant.

### No. 17-10721
### Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(August 29, 2017)

Michelle Thresher Taylor, Arthur Lee Bentley, III, Joseph K. Ruddy, U.S. Attorney's Office, Tampa, FL, Plaintiff-Appellee

Before HULL, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed appellate counsel for David Leon Bullock in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that the counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bullock's conviction and sentence are **AFFIRMED**.